# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRENCE S. STEWART,** | : | CIVIL ACTION NO. 1:18-CV-2372 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **ROBERT H. STEWART, JR.; KARYL STEWART GILBERT, a/k/a KARYL L. GILBERT; and GARY A. STEWART,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 12th day of August, 2019, upon consideration of defendants' motion (Doc. 12) to strike, and further upon consideration of the parties' respective briefs in support of and opposition to said motion, (Docs. 15, 18, 19), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that defendants' motion (Doc. 12) is DENIED.

                                                          /S/ CHRISTOPHER C. CONNER
                                                          Christopher C. Conner, Chief Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania