# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERRENCE S. STEWART,** | : CIVIL ACTION NO. 1:18-CV-2372 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **ROBERT H. STEWART, JR.; KARYL STEWART GILBERT, a/k/a KARYL L. GILBERT; and GARY A. STEWART,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 7th day of January, 2020, upon consideration of the parties' telephonic notice of settlement, and in light of plaintiff's request (Doc. 25) for a "sixty day order," which this court construes as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 25) for voluntary dismissal is GRANTED.

2. The above-captioned action is DISMISSED without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within 60 days of the date of this order if the parties' settlement is not consummated.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania